UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PERRY; and GINA CIMMINO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA WRESTLING ASSOCIATION, INC., an Oklahoma Corporation; ARMAMENT SYSTEMS AND PROCEDURES, INC., a Wisconsin Corporation, and; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01451-JAH-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT ARMAMENT SYSTEMS AND PROCEDURES, INC. WITH PREJUDICE**<br><br>**[ECF NO. 72]** |

Presently before the Court is Plaintiffs Richard Perry and Gina Cimmino and Defendant Armament Systems and Procedures, Inc. (collectively, the "Parties") Joint Motion to Dismiss Defendant Armament Systems and Procedures, Inc. with Prejudice. (ECF No. 72). Upon consideration of the Motion, IT IS HEREBY ORDERED the motion is GRANTED. Defendant Armament Systems and Procedures, Inc. is dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 22, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE