# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PERRY; and GINA CIMMINO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA WRESTLING ASSOCIATION, INC., an Oklahoma Corporation; ARMAMENT SYSTEMS AND PROCEDURES, INC., a Wisconsin Corporation, and; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01451-JAH-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT UNITED STATES OF AMERICA WRESTLING ASSOCIATION, INC. WITH PREJUDICE (ECF No. 89).** |

Presently before the Court is Plaintiffs Richard Perry and Gina Cimmino and Defendant United States of America Wrestling Association, Inc.'s (collectively, "the Parties") Joint Motion to Dismiss Defendant United States of America Wrestling Association, Inc. with Prejudice. ECF No. 89. Upon consideration of the motion, IT IS HEREBY ORDERED the joint motion is **GRANTED**. Accordingly, Defendant United States of America Wrestling Association, Inc. is dismissed with prejudice. As agreed to by

///

///

the parties, each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 27, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE