1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

RICHARD PERRY; and GINA
CIMMINO,

12

Plaintiffs,

13
14

v.

15

UNITED STATES OF AMERICA, *et al.*,

16

Defendants.

Case No.:  3:20-cv-01451-JAH-AHG

**ORDER GRANTING JOINT
MOTION TO DISMISS
DEFENDANT UNITED STATES OF
AMERICA**

**(ECF No. 94).**

17    Presently before the Court is Plaintiffs Richard Perry and Gina Cimmino and
18  Defendant United States of America's (collectively, "the Parties") Joint Motion to Dismiss
19  Defendant United States of America.  (ECF No. 89).  Upon consideration of the motion,
20  IT IS HEREBY ORDERED the Parties' joint motion is **GRANTED**.  Accordingly,
21  Defendant United States of America is dismissed with prejudice.  The parties shall bear
22  their own attorneys' fees and costs.

23    **IT IS SO ORDERED.**

24  DATED: May 11, 2023

25

_____

26

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

27
28

1